UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARTNERS IN HEALTH

    V.

PARTNERS IN HEALTH, INC.

CIVIL ACTION

NO. 05-10674-WGY

ORDER OF RECUSAL

YOUNG, C.J.

    The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

By the Court,

/s/ Elizabeth Smith
_____
Deputy Clerk