UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: 05-10674-PBS

Partners in Health
Plaintiff

v.

Partner in Health, Inc.
Defendant

ORDER OF DISMISSAL

SARIS, D.J.

     For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(B).

                                                                 By the Court,

                                                                /s/ Robert C. Alba
                                                                Deputy Clerk

December 29, 2005

To: All Counsel